McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California  93721
Telephone:  (559) 498-7272

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFORIO MORENO MUNOZ ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> ) <br> Respondent. ) | No. CR-F-02-5422 REC <br><br> **STIPULATION AND <br> ORDER REGARDING <br> BRIEFING  SCHEDULE** |

The petitioner has collaterally attacked his conviction for 8 USC § 1326 on the basis that he is a United States citizen.  On February 9, 2005, the parties stipulated that the petitioner would submit his application for naturalization (Form N-600) to The Bureau of Citizenship and Immigration Services of the Department of Homeland Security.  Once the application  was adjudicated, the respondent would file a response to the petitioner's supplemental brief on April 29, 2005.  The petitioner did not give his application to government counsel  until April 19, 2005.  The application was forwarded to the appropriate immigration officials for review, on April 21, 2005, however, it will not be completed in time for the respondent to file a response by April 29, 2005.

///

///

///

Accordingly, the parties have stipulated that the respondent's deadline to respond the petitioner's supplemental brief will be **July 1, 2005.** It is anticipated that this will be ample time for the application for naturalization to be adjudicated and for the respondent to submit a reply brief.

                                          Respectfully Submitted,

Dated : April 28, 2005                 /s/ Marianne Pansa
                                          McGREGOR W. SCOTT
                                          United States Attorney
                                          by: MARIANNE A. PANSA
                                          Assistant United States Attorney

                                          Attorney for the Respondents

Dated : April 28 , 2005              /s/ Carolyn Phillips (consent given to sign)
                                          CAROLYN D. PHILLIPS
                                          Attorney at Law
                                          Attorney for Petitioner Moreno-Munoz

--------------

IT IS SO ORDERED.

Dated : ___April 29, 2005__             __/s/ ROBERT E. COYLE_____
                                            Honorable Robert E. Coyle
                                            Senior United States District Judge