McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California  93721

Telephone:  (559) 498-7272
Attorneys for Respondents

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PORFORIO MORENO MUNOZ ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> ) <br> Respondent. ) <br> _____ ) | No. CR-F-02-5422 REC <br><br> **STIPULATION AND <br> ORDER REGARDING <br> BRIEFING  SCHEDULE** |

      The petitioner has collaterally attacked his conviction for 8 USC § 1326 on the basis that he is a United States citizen.  On April 28, 2005, the parties stipulated that the petitioner would submit his application for naturalization (Form N-600) to the Bureau of Citizenship and Immigration Services (BCIS) of the Department of Homeland Security.  Once the application  was adjudicated, the respondent would file a response to the petitioner's supplemental brief on July 1, 2005.  It was anticipated that the application would be adjudicated by July 1, 2005.  However, after reviewing the application , BCIS has requested that the petitioner provide more information before a decision can be rendered. It is anticipated that the application will be adjudicated by the middle of October. Accordingly,  the parties stipulate that the respondent will submit a response to the petitioner's

///

///

1

1  supplemental brief by November 1, 2005.

                                                       Respectfully Submitted,

Dated : July 1, 2005                            /s/ Marianne Pansa
                                                 McGREGOR W. SCOTT
                                                 United States Attorney
                                                 by: MARIANNE A. PANSA
                                                 Assistant United States Attorney

                                                 Attorney for the Respondents

Dated : July 1, 2005                            /s/ Carolyn Phillips (consent given to sign)
                                                 CAROLYN D. PHILLIPS
                                                 Attorney at Law
                                                 Attorney for Petitioner Moreno-Munoz

                                           ---------------

IT IS SO ORDERED.

Dated : ___July 8, 2005_____                    _/s/ ROBERT E. COYLE___
                                                 Honorable Robert E. Coyle
                                                 Senior United States District Judge