```
Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Porfirio Moreno-Munoz
```

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PORFIRIO MORENO-MUNOZ, | ) | Case No. CR-F-02-5422 |
| | ) | |
| Petitioner, | ) | **STIPULATION AND** |
| | ) | **ORDER TO MODIFY BRIEFING** |
| | ) | **SCHEDULE** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner Porfirio Moreno-Munoz and the respondent stipulate and agree to alter the briefing schedule in this matter.  Currently respondent is to file its response to petitioner's brief supporting his §2255 petition by January 20, 2006.  This Court has signed several previous orders which granted an extension of time for respondent to file its brief following the parties request to allow petitioner to submit an N600 application to BCIS regarding the issue of derivative citizenship.  This process has taken longer than was originally anticipated by the parties.  Petitioner submitted his N600 petition to BCIS June 10, 2005.  BCIS has twice requested

*Stipulation to Modify Briefing Schedule;*
*Porfirio Moreno Munoz v. US; No. CR F-02-5422* 1

PDF created with pdfFactory trial version www.pdffactory.com

further information.  Petitioner's latest submission of additional information was on December 16, 2005.  With his latest submission petitioner requested an opportunity to supplement his application with additional information regarding petitioner's grandmother through her social security number which was recently obtained by petitioner.  This request was granted.  Petitioner must provide supplemental information to BCIS by April 14, 2006.

 Once this additional information is submitted to BCIS, BCIS will need to review all the information provided and make its determination whether to grant petitioner's N600 application.  Given these circumstances the parties agree that respondent requires additional time to respond to petitioner's brief.  In that regard the parties stipulate to modify the briefing schedule so that respondent shall have until June 9, 2006 in which to file its responsive brief.

**SO STIPULATED.**

Dated: January 13, 2006

          /s/ Carolyn D. Phillips
          Carolyn D. Phillips
          Attorney for Petitioner
          Pofirio Moreno-Munoz

Dated: January 13, 2006   McGregor W. Scott
          United States Attorney

          By: /s/ Marianne Pansa
          Assistant United States Attorney
          Attorney for Respondent

*Stipulation to Modify Briefing Schedule;*
*Porfirio Moreno Munoz v. US; No. CR F-02-5422*   2

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2

3  Dated: 1/19/2006            /s/ ROBERT E. COYLE
                                Hon. Robert E. Coyle
                                Senior United States District
4  Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  *Stipulation to Modify Briefing Schedule;*
*Porfirio Moreno Munoz v. US; No. CR F-02-5422*                    3

PDF created with pdfFactory trial version www.pdffactory.com