McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California  93721

Telephone:  (559) 498-7272
Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFORIO MORENO MUNOZ ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> ) <br> Respondent. ) <br> _____ ) | No. CR-F-02-5422 REC <br> No. 1:03-CV-6255 <br><br> **STIPULATION AND** <br> **ORDER REGARDING** <br> **BRIEFING  SCHEDULE** |

      The petitioner has collaterally attacked his conviction for 8 USC § 1326 on the basis that he is a United States citizen.  The parties have stipulated that the petitioner would submit an application for United States Citizenship (N-600) to the Citizenship and Immigration Services (CIS) and that the respondent's brief would be due after the adjudication of the N-600 application.  The filing deadline for the respondent's brief is **June 9, 2006.**  This application process took longer than anticipated.  The application was denied and served on the petitioner on **June 5, 2006.**  See, Decision attached at Exhibit A.  The petitioner has a right to appeal that decision within thirty days.  If the petitioner files an appeal, the government will make an effort to have the appeal adjudicated as quickly as possible. Because the final administrative decision may impact the outcome of these proceedings, the parties have agreed that the government will submit a response to the petitioner's supplemental brief after a decision regarding the appeal will be made.  Accordingly, the parties

1

stipulate that the respondent's reply brief will be due on **September 8, 2006.**

                                                                                Respectfully Submitted,

Dated : June 7, 2006                                       /s/ Marianne Pansa
                                                                               McGREGOR W. SCOTT
                                                                               United States Attorney
                                                                               by: MARIANNE A. PANSA
                                                                               Assistant United States Attorney

                                                                               Attorney for the Respondents

Dated : June 7, 2006                                      /s/ Carolyn Phillips (consent given to sign)
                                                                               CAROLYN D. PHILLIPS
                                                                               Attorney at Law
                                                                               Attorney for Petitioner Moreno-Munoz

---------------

**ORDER**

IT IS SO ORDERED.

**Dated:   June 9, 2006**                                  **/s/ Anthony W. Ishii**
0m8i78                                                      UNITED STATES DISTRICT JUDGE